Swefto v. Vasil, 182 Ill. App. 376.

## Statement of the Case.

Action by Thomas Pedroff against Tony Vasil, Steve Serbinoff and George Nichola, in the Municipal Court, to recover wages. From a judgment for plaintiff, defendants bring error.

Louis Brandes, for plaintiffs in error.

No appearance for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

## Abstract of the Decision.

1. Municipal Court of Chicago, § 26*—*statement of facts.* Statement of facts must contain contract where finding of court with reference thereto is assigned as error.

2. Municipal Court of Chicago, § 26*—*what must appear in statement of facts.* Errors relating to admission and exclusion of evidence cannot be considered when the statement of facts does not show what evidence was admitted and excluded.

---

## Hefto Swefto, Defendant in Error, v. Tony Vasil et al., Plaintiffs in Error.

### Gen. No. 18,474. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. Perry L. Persons, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Affirmed. Opinion filed October 14, 1913.

## Statement of the Case.

Action by Hefto Swefto against Tony Vasil and others to recover wages earned by plaintiff while in the employ of defendants. From a judgment in favor of plaintiff, defendants bring error.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.

LOUIS BRANDES, for plaintiffs in error.

No appearance for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

The state of the record and the questions raised in this case *held* the same as in *Pedroff v. Vasil*, (Gen. No. 18,473) *ante*, p. 375, and for the same reasons therein stated judgment is affirmed.

---

### George M. Watts, Defendant in Error, v. Frank O. Balch, Plaintiff in Error.

### Gen. No. 18,496.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JAMES C. MARTIN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1912. Reversed and remanded. Opinion filed October 14, 1913.

### Statement of the Case.

Action by George M. Watts against Frank O. Balch to recover a balance claimed to be due on a contract and for damages for breach. From a judgment for plaintiff for $674.35, defendant brings error.

HARRY A. BIOSSAT, for plaintiff in error.

EASTMAN & WHITE, for defendant in error; RALPH R. HAWXHURST, of counsel.

MR. JUSTICE BARNES delivered the opinion of the court.